# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Carmen E. Garza
## United States Magistrate Judge

## Clerk's Minutes

## Woodard v. Value Transportation Service, et al

## CV 14-1040 MCA/CG

## July 31, 2015

Attorneys for Plaintiff:       James E. Woodard
                               Joseph Woodard
                               Robert C. Gutierrez

Attorneys for Defendants:  Seth Sparks
                               Wesley Robin

Proceedings:          Settlement Conference


The case settled. Closing documents are due no later than August 31, 2015.


Clerk:   mmc
         10:00 a.m. – 12:45 p.m.