IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES E. WOODARD,

        Plaintiff,

v.    No. CIV 14-1040 MCA/CG

VALUE TRANSPORTATION
SERVICE, PEDRO R. PENA,
and GRANITE STATE INSURANCE
COMPANY,

        Defendants.

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

At the settlement conference on Friday, July 31, 2015, the parties reached a negotiated resolution in this matter.

**IT IS HEREBY ORDERED THAT** closing documents must be filed **no later than Monday, August 31, 2015** absent a request showing good cause for an extension.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE