IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES E. WOODARD,

      Plaintiff,

v.                                            No. 2:14-cv-01040-GBW-LAM

VALUE TRANSPORTATION SERVICE,
PEDRO R. PENA and GRANITE STATE
INSURANCE COMPANY, a foreign
corporation and non-resident insurance
company doing business in New Mexico,

      Defendants.

## JOINT MOTION TO DISMISS

Consistent with Rule 41, Plaintiff James Woodard and Defendants Value Transportation Service, Pedro R. Pena, and Granite State Insurance Company, respectfully move this Court for an Order of Dismissal with Prejudice of all the claims contained in Plaintiff's Complaint that are alleged against Defendants Value Transportation Service, Pedro R. Pena, and Granite State Insurance Company.

As grounds for this motion, these parties state that all matters in controversy between them have been fully resolved and there is no further dispute or controversy between Plaintiff and these Defendants for resolution by the Court.

                                             WILL FERGUSON & ASSOCIATES

                                             By: *Email Approval by Robert C. Gutierrez on 08-20-2015*
                                                 Robert C. Gutierrez
                                              10090 Coors Blvd., NW, Suite A
                                              Albuquerque, NM 87110
                                              *Attorneys for Plaintiff*

- 2 -

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By */s/ Seth L. Sparks – Electronically Filed*
      Charles J. Vigil
      Seth L. Sparks
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900 / FAX:  (505) 768-7395
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 20th, 2015, I filed the foregoing pleading electronically through the CM/ECF system.

        */s/ Seth L. Sparks – Electronically Filed*
        Seth L. Sparks