IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES E. WOODARD,

      Plaintiff,

vs.

                        No. 2:14-CV-01040-MCA-CG

VALUE TRANSPORTATION SERVICE, PEDRO R. PENA and GRANITE STATE INSURANCE COMPANY, a foreign corporation and non-resident insurance company doing business in New Mexico,

      Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS

THIS MATTER came before the Court on a Joint Motion to Dismiss with Prejudice all of the claims contained in Plaintiff's Complaint that are alleged against Defendants Value Transportation Service, Pedro R. Pena, and Granite State Insurance Company, and the Court, having considered the Motion, hereby finds that it is well-taken.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims contained in Plaintiff's Complaint that are alleged by Plaintiff against these Defendants are DISMISSED WITH PREJUDICE.

Each party shall bear its own costs and attorneys' fees.

_____
M. CHRISTINA ARMIJO
UNITED STATES CHIEF JUDGE

- 2 -

Submitted and approved by:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By */s/ Seth L. Sparks – Electronically Filed*
      Charles J. Vigil
      Seth L. Sparks
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900 / FAX:  (505) 768-7395
*Attorneys for Defendants*

And

WILL FERGUSON & ASSOCIATES


By: *Email Approval by Robert C. Gutierrez on 08-20-2015*
      Robert C. Gutierrez
10090 Coors Blvd., NW, Suite A
Albuquerque, NM 87110
*Attorneys for Plaintiff*